JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARLENE NAVARRO,

        Plaintiff(s),

        v.

UNITED STATES OF AMERICA,

        Defendant(s).

Case No.   2:18-cv-10640-R-JEM

**ORDER OF DISMISSAL
BY LACK OF PROSECUTION AND FOR
FAILURE TO COMPLY WITH THE
COURT'S ORDER RE: NOTICE TO
COUNSEL**

     Plaintiff/Parties were ordered to show cause in writing by not later than **June 25, 2019** why this action should not be dismissed for failure to submit a Joint Report of Early Meeting as ordered in the Court's Order Re: Notice to Counsel;

     WHEREAS, this period has elapsed without any action by plaintiff/parties.

     The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated: July 18, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE